UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES McDONALD,

       Plaintiff,                      Civil Action No. 12-cv-12077
                                           HON. BERNARD A. FRIEDMAN
vs.                                        MAG. JUDGE MARK A. RANDON

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Mark A. Randon's Report and Recommendation ("R&R") dated May 22, 2013 [docket entry 16]. Neither party has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Randon's Report and Recommendation dated May 22, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is

denied.

                                                S/ Bernard A. Friedman

Dated: June 13, 2013                    _____
      Detroit, Michigan              BERNARD A. FRIEDMAN
                                            SENIOR UNITED STATES DISTRICT JUDGE