UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES McDONALD,

      Plaintiff,	Civil Action No. 12-12077
      	HON. BERNARD A. FRIEDMAN
vs.	MAG. JUDGE MARK A. RANDON

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## **J U D G M E N T**

The Court has issued an opinion and order granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

                        DAVID J. WEAVER
                        CLERK OF COURT


                        By:_Carol L. Mullins_____
                                    Deputy Clerk


June    13, 2013

Approved:__s/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        U.S. DISTRICT JUDGE